**Brian L. HOWARD; Linda B. Howard,**
**Plaintiffs—Appellants,**

v.

**LAMBERTS CABLE SPLICING, a/k/a**
**Lamberts' Cable Splicing Company,**
**Inc., a/k/a Lambert's Cable Splicing**
**Company, a/k/a Lamberts Cable Splic-**
**ing Company, LLC, a Delaware LLC,**
**a/k/a Lamberts Cable Splicing Compa-**
**ny of Florida, LLC; Thomas L. Lam-**
**bert, a/k/a Thomas L. Lambert, Jr.,**
**a/k/a Tom Lambert, a/k/a Tom or**
**Thomas Lambert, Jr., a/k/a Tommy**
**Lambert; Karen Lambert Allen, a/k/a**
**Karen Lambert Allan; Dycom Indus-**
**tries Corporation, a/k/a Dycom Corpo-**
**ration, a/k/a Dycom Investments, Inc.,**
**Defendants—Appellees.**

No. 06–1234.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Brian L. Howard, Linda B. Howard, Appellants Pro Se. Scott David Zimmerman, Brown & Bunch, Chapel Hill, North Carolina, for Appellees.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian L. Howard and Linda B. Howard appeal the district court's order dismissing their civil action for lack of subject matter jurisdiction under Fed.R.Civ.P. 12(b)(1) and 28 U.S.C. § 1332 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Howard v. Lambert Cable Splicing,* No. 5:05–cv–00636–F (E.D.N.C. Dec. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*